UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL MARTIN,<br><br>            Defendant. | Case No.  14-cr-00093-JSW-5<br><br>**ORDER TO SHOW CAUSE REGARDING WITNESS LIST** |

The parties are HEREBY ORDERED TO SHOW CAUSE, in writing, by no later than February 16, 2016, why the Court should not file an unredacted version of the witness list in the public record.

**IT IS SO ORDERED.**

Dated: February 8, 2016

_____
Jeffrey S. White
United States District Judge