UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL MARTIN,<br><br>　　　　Defendant. | Case No. 14-cr-00093-JSW-5<br><br>**ORDER TO SHOW CAUSE RE MOTION TO UNSEAL AND INSTRUCTIONS TO CLERK**<br><br>Dkt. No. 300 |

On December 28, 2016, Defendant filed a motion to unseal the *ex parte* motion to withdraw as counsel and a declaration in support of that motion, which are filed at Docket No. 252. Those documents were filed by Defendant's previous counsel, Paul DeMeester. Defendant also asks that the Court direct the Court Reporter to prepare a transcript of the under seal proceedings held on July 19, 2016, and to provide a copy of that transcript to the Defendant.

There has been no opposition filed by the Government. The Court is inclined to grant the motion, but it finds it appropriate to permit Mr. DeMeester with an opportunity to set forth his position. Accordingly, the Clerk shall serve a copy of this Order on Mr. DeMeester. Mr. DeMeester shall advise the Court by no later than January 30, 2017, as to his position on Defendant's request.

**IT IS SO ORDERED.**

Dated: January 23, 2017

_____
JEFFREY S. WHITE
United States District Judge